**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 31, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00599-CV**

---

**IN RE KIRBY OFFSHORE MARINE, LLC, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-57422**

---

## MEMORANDUM OPINION

On August 21, 2023, relator Kirby Offshore Marine, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to set aside

his August 9, 2023 order denying relator's motion for leave to conduct limited additional discovery.

On October 25, 2023, relator filed a motion to dismiss this original proceeding because the parties have settled the matter that is the subject of this proceeding. Relator's request for relief is now moot. The motion is GRANTED.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.